UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHAEL HAYNES,

        Plaintiff,

v.                      Case No. 3:07-cv-664-J-12HTS

U.C.I. SECRETARY, et al.,

        Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On July 19, 2007, Plaintiff, an inmate of the Florida penal system proceeding *pro se*, initiated this action by filing a document, entitled "Jurisdiction and Venue" (Doc. #1) (hereinafter Complaint). While Plaintiff's Complaint is not a model of clarity, it appears that Plaintiff's allegations center upon the prison officials' condoning sexual acts in the public areas of the prison.

On April 26, 1996, the President signed into law the Prison Litigation Reform Act (hereinafter PLRA) which amended 28 U.S.C. § 1915 by adding the following subsection:

> (g) In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any

>facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

This Court takes judicial notice of filings previously brought by Plaintiff Haynes in this Court that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted: (1) 3:06-cv-407-J-32TEM; (2) 3:06-cv-737-J-33MMH; and, (3) 3:07-cv-254-J-32TEM.  Other qualifying dismissals are:

>3:07-cv-274-J-25TEM
>3:07-cv-292-J-25MCR
>3:07-cv-300-J-25HTS
>3:07-cv-301-J-32TEM
>3:07-cv-302-J-32MCR
>3:07-cv-303-J-25TEM
>3:07-cv-304-J-33HTS
>3:07-cv-305-J-25MCR
>3:07-cv-306-J-32MCR

Because Plaintiff has had three or more prior qualifying dismissals and is not under imminent danger of serious physical injury, this action will be dismissed without prejudice.  Plaintiff may initiate a new civil rights action by filing a new civil rights complaint form and paying the full $350.00 filing fee.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

1. This case is hereby **DISMISSED** without prejudice.

2. The Clerk of the Court shall enter judgment accordingly.

3. The Clerk of the Court shall close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 27TH day of July, 2007.

*Howell W. Melton*
UNITED STATES DISTRICT JUDGE

sc 7/23
c:
Michael Haynes

- 3 -